# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| JUDGE: PAUL D. STICKNEY | |
|---|---|
| DEPUTY CLERK: L. Price | COURT REPORTER/TAPE NO: FTR |
| LAW CLERK: | USPO/PTSO: |
| INTERPRETER: | COURT TIME: 2:28 - 2:30 |
| A.M.     P.M. | DATE: September 15, 2017 |

☐ MAG. NO.   ☐ DIST. CR. NO. 3:17-cr-00414-N       USDJ Judge David C Godbey

UNITED STATES OF AMERICA         §
                                 §         Candy Heath                , AUSA
v.                               §
                                 §         _____  ☐
                                 §
KAMYAR JAHANRAKHSHAN (1)         §         COUNSEL FOR DEFENDANTS APPT – (A), Retd – (R), FPD – (F)

☑ INITIAL APPEARANCE   ☐ IDENTITY   ☐ BOND HEARING   ☐ PRELIMINARY HEARING
☐ DETENTION HEARING   ☐ COUNSEL DETERMINATION HEARING   ☐ REMOVAL HEARING   ☐ EXTRADITION HEARING
☐ HEARING CONTINUED ON _____ CASE NO. _____   ☐ OTHER DISTRICT   ☐ DIVISION
☐ DATE OF FEDERAL ARREST/CUSTODY:   ☐ SURRENDER _____
☐ RULE 5/32   ☐ APPEARED ON WRIT
☑ DEFT FIRST APPEARANCE. DEFT ADVISED OF RIGHTS/CHARGES   ☐ PROBATION/SUPERVISED RELEASE VIOLATOR
☐ DEFT FIRST APPEARANCE WITH COUNSEL.
☐ DEFT   ☐ MW (MATERIAL WITNESS) _____ APPEARED   ☐ WITH   ☐ WITHOUT COUNSEL
☐ REQUESTS APPOINTED COUNSEL.
☐ FINANCIAL AFFIDAVIT EXECUTED.
☐ ORDER APPOINTING FEDERAL PUBLIC DEFENDER.
☐ PRIVATE COUNSEL APPOINTED _____
☐ DEFT HAS RETAINED COUNSEL _____
☐ ARRAIGNMENT SET   ☐ DETENTION HEARING SET _____

☐ PRELIMINARY HEARING SET _____    ☐ BOND HEARING SET _____
☐ COUNSEL DETERMINATION HEARING SET _____
☐ IDENTITY/REMOVAL HEARING SET _____
☐ BOND   ☐ SET   ☐ REDUCED TO $_____   ☐ CASH   ☐ SURETY   ☐ 10%   ☐ PR   ☐ UNS   ☐ 3RD PTY   ☐ MW
☐ NO BOND SET AT THIS TIME, ___ DAY DETENTION ORDER TO BE ENTERED.
☐ ORDER OF TEMPORARY DETENTION/COMMITMENT PENDING HEARING ENTERED.
☐ ORDER OF DETENTION PENDING TRIAL ENTERED.
☐ DEFT ADVISED OF CONDITIONS OF RELEASE.
☐ BOND EXECUTED   ☐ DEFT   ☐ MW RELEASED   ☐ STATE AUTHORITIES   ☐ INS
☑ DEFT   ☐ MW REMANDED TO CUSTODY.
☐ DEFT ORDERED REMOVED TO ORIGINATING DISTRICT.
☐ WAIVER OF   ☐ PRELIMINARY HEARING   ☐ RULE 5/32 HEARING   ☐ DETENTION HEARING
☐ COURT FINDS PROBABLE CAUSE   ☐ ID   ☐ PC.
☐ DEFT FAILED TO APPEAR. ORAL ORDER FOR ISSUANCE OF BENCH WARRANT.
☐ GOVERNMENT TO NOTIFY FOREIGN CONSULAR.
☑ REMARKS: Defendant to retain counsel by Wednesday 9/20/17

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
SEP 15 2017
CLERK, U.S. DISTRICT COURT
By _____ Deputy